1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES HALL and LYDIA HALL,        No. CIV-S-04-0796 MCE/KJM

12              Plaintiffs,

13        v.

14   COUNTY OF SHASTA, JIM FARMER,
     JERRY SHEARMAN, CITY OF          **RELATED CASE ORDER**
15   REDDING, SHASTA COUNTY, and
     DOES I-XXX, in their official
16   and individual capacities,

17              Defendants.
     _____/
18
     JAMES HALL and LYDIA HALL,        No. CIV-S-05-0784 GEB/JFM
19
              Plaintiffs,
20
          v.
21
     COUNTY OF SHASTA, JIM FARMER,
22   JERRY SHEARMAN, and CITY OF
     REDDING,
23
              Defendants.
24   _____/

25

26        Examination of the above-entitled civil actions reveals that

27   these actions are related within the meaning of Local Rule 83-

28   123(a) (E.D. Cal. 1997).

                                    1

1  The actions involve many of the same defendants and are based on

2  the same or similar claims, the same property transaction or

3  event, similar questions of fact and the same questions of law,

4  and would therefore entail a substantial duplication of labor if

5  heard by different judges.  Accordingly, the assignment of the

6  matters to the same judge is likely to effect a substantial

7  savings of judicial effort and is also likely to be convenient

8  for the parties.

9      The parties should be aware that relating the cases under

10 Local Rule 83-123 merely has the result that both actions are

11 assigned to the same judge; no consolidation of the action is

12 effected.  Under the regular practice of this court, related

13 cases are generally assigned to the district judge and magistrate

14 judge to whom the first filed action was assigned.

15     IT IS THEREFORE ORDERED that the action denominated CIV-S-

16 05-0784 GEB/JFM, JAMES HALL AND LYDIA HALL v. COUNTY OF SHASTA is

17 reassigned to Judge Morrison C. England, Jr. and Kimberly J.

18 Mueller for all further proceedings, and any dates currently set

19 in this reassigned case only is hereby VACATED.  The parties are

20 referred to the attached Order Requiring Joint Status Report.

21 Henceforth, the caption on documents filed in the reassigned case

22 shall be shown as CIV-S-05-0784 MCE/KJM.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make

2 appropriate adjustment in the assignment of civil cases to

3 compensate for this reassignment.

4    IT IS SO ORDERED.

5 DATED: April 27, 2005

6

7    _____

8    MORRISON C. ENGLAND, JR
      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3